# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WILLIAM MORALES,<br>          Petitioner,<br>   v.<br><br>JAMES ROBINSON, Warden,<br>          Respondent. | NO. EDCV 23-00007 JAK (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the Motion to Dismiss the Petition, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"), and Respondent's Reply to Petitioner's Objections. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\
\\
\\

Accordingly, IT IS ORDERED that: (1) the Petition is DENIED as untimely under 28 U.S.C. § 2244(d); and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: January 31, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE