JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH WILLIAM MORALES, | ) | NO. EDCV 23-00007 JAK (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JAMES ROBINSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Conclusions of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 31, 2024   _____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE